IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHRISTOPHER WAYNE GEER, )
)
    Plaintiff, )
v. ) Civil Action No. 3:20CV250–HEH
)
RICHMOND CITY COURTS- )
JOHN MARSHALL )
)
    Defendant. )

**MEMORANDUM OPINION**
**(Dismissing Action Without Prejudice)**

By Memorandum Order entered on May 11, 2020, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address or if he was released. On May 21, 2020, the United States Postal Service returned the May 11, 2020 Memorandum Order to the Court marked, "RETURN TO SENDER," "ATTEMPTED - NOT KNOWN," and "UNABLE TO FORWARD." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                    /s/
                        HENRY E. HUDSON
Date: May 28, 2020    SENIOR UNITED STATES DISTRICT JUDGE
Richmond, Virginia